AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROBERT DANIEL SOLOVE,<br><br>Defendant(s) | )<br>)<br>) Case No. 20-MJ-8082-DLB<br>)<br>)<br>) |

FILED BY SP D.C.
FEB 20 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 13 and February 19, 2020** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of Child Pornography |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian J. Stafford, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/20/2020

_____
Judge's signature

City and state: West Palm Beach, Florida       Hon. Dave Lee Brannon, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian J. Stafford, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been employed with HSI since March of 2007. I have a Bachelor of Science degree in Criminology from Florida State University and have successfully completed the Criminal Investigator Training Program and Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to the HSI, Assistant Special Agent in Charge, West Palm Beach, Florida ("ASAC/WP"). While employed by the HSI, I have investigated a variety of federal criminal violations, including but not limited to; crimes against children, matters related to child pornography, sexual exploitation of minors and child pornography using facilities of interstate or foreign commerce. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2251 and 2252, et seq.

2. In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of

federal child pornography laws relating to the use of computers for production, receiving, transmitting, and storing child pornography.

3. The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that **Robert Daniel Solove** (hereinafter referred to as "**SOLOVE**") has violated Title 18 United States Code, Section 2251 (production of child pornography), Title 18, United States Code, Section 2252(a)(2) and (b)(1) (distribution of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) (possession of child pornography).

4. On February 14, 2020, an HSI Chattanooga, Tennessee online undercover agent (UC) made contact with an individual utilizing the KIK username *rsolove99* after he posted a picture of what appeared to be a female child approximately 2 to 3 years old in appearance. The image, IMG_3125.JPG, shows the child on her back lying next to a Minnie Mouse pillow, with a Disney pacifier in her mouth. The child is unclothed from the waist down with her genitals exposed to the camera. The image was posted in a group chat room (Room A) known for being utilized to trade child sexual abuse material (CSAM).

5. The KIK user was using the name *Rob s* in the group chats. The UC asked *Rob s* if he knew the child; *Rob s* responded that she was not his daughter but some other Kik user's daughter. *Rob s* posted two videos of what appeared to be the same child using her hand to sexually manipulate a grown man's erect penis.

6. Later in private messages between the UC and the *Rob s*, he admitted that the child previously discussed was his daughter and that he lied about it the first time. The UC asked *Rob s* if he would send a picture of himself with his daughter face to face to prove he was being truthful. *Rob s* then posted a picture of himself and what appeared to be the same child, in a selfie, IMG_3118.JPG, side by side. The picture appeared to have been taken live with the Kik Messenger application.

7. On February 14, 2020, Kik provided that the username *rsolove99* used WIFI IP address 107.207.119.150 on February 14, 2020 to engage in these communications. A query in the American Registry for Internet Numbers (ARIN) showed the IP address as being registered to AT&T Corporation.

8. On February 17, 2020, AT&T provided that IP address 107.207.119.150 for the date of February 14, 2020, was assigned to subscriber C.B. at 9340 Ketay Circle, Boca Raton, FL 33428 with phone number 561-926-xxxx.[1]

9. On February 18, 2020, HSI agents observed C.B.'s grey four-door Volkswagen, Florida license plate number GFXC42, at the target residence. A search in Driver And Vehicle Information Database (D.A.V.I.D.) of C.B's driver's license plate has the vehicle registered at the target address. In addition, a search of D.A.V.I.D. revealed that SOLOVE, DOB xx/xx/1992, had a valid Florida driver's license registered to the Ketay Circle address as well. SOLOVE's Florida driver's license picture appeared to be the person identifying himself in KIK as *Rob s*.

10. On the morning of February 19, 2020, Special Agents assigned to HSI West Palm Beach, FL, along with the Palm Beach Sheriff's Office, executed a search warrant at the Ketay Circle address. When agents knocked and announced the search warrant at the residence, C.B. answered the door. A child (Minor Victim 1) could be heard crying in another room. Special

---

[1] The name of the subscriber and phone number has been redacted to protect the person's true identity.

Agents accompanied C.B. to where Minor Victim 1 was in a play-pen. Minor Victim 1 was without pants or a diaper, and had a substantial amount of blood visible. C.B. stated the child was co-sleeping with her and her husband and believed the child had wet through the diaper and was in the process of changing her. C.B. and her husband (D.B.) are the grandparents of Minor Victim 1. Emergency Medical Service (EMS) were immediately contacted, and an ambulance responded.

11. SOLOVE and his girlfriend (mother of Minor Victim 1), A.H., were called down from their living area in the residence on the second floor of the residence and secured while the residence was secured.

12. The paramedics responding to the medical emergency advised law enforcement that, after a cursory exam of Minor Victim 1, that she needed to be transferred to a hospital to be examined by a doctor. EMS transported Minor Victim 1 with A.H. and a female agent to the hospital.

13. Law enforcement transferred SOLOVE to Palm Beach Sheriff's Office for a recorded interview. In a post *Miranda* interview, SOLOVE claimed that he had been collecting child pornography and sporadically sending it to someone on KIK to "bust" these individuals for being pedophiles. SOLOVE claimed he wanted to make "millions" on YouTube posting videos like "Chris Hansen."

14. SOLOVE stated that the images described above in the Kik chat conversation on February 14, 2020 were of his daughter, that he would use her as "bait" to catch pedophiles online, and that he has sent them to other KIK users. The image, IMG_3125.JPG, described above (depicting a child on her back, exposing her vagina, with the Minnie Mouse pillow in the background) is of his one and one-half year old daughter (Minor Victim 1), but he had

manipulated the image using an app that came pre-installed on his phone. SOLOVE claimed that he took a picture of Minor Victim 1 fully clothed, but manipulated it to make it look like she was exposing her vagina. When asked about the video (described above) of his daughter manipulating an adult male penis, SOLOVE claimed he took a video of Minor Victim 1 "shaking a bottle" and a video of himself manipulating his penis, put both videos together, and created the child pornography video.

15. When asked what age the children have to be to be considered child pornography, SOLOVE stated he believed 15 years old and under is child pornography. SOLOVE provided that 18 years is the age when a person legally becomes an adult.

16. SOLOVE had two (2) cellular phones belonging to him: one was not password protected; the other was password protected and SOLOVE provided the password when requested by law enforcement. An on scene preview of SOLOVE's cellular phones revealed many images and videos of child pornography that SOLOVE had acquired from different websites on the Internet. The following are descriptions of a sampling of such videos found on SOLOVE's Glazy S9 cellular phone:

   a. Title: 2017_2649.avi

   Description: This 4 minute and 7 second long video displays an approximately 10-year-old female who appears to be web-camming with the person ho is recording the scene. The female is seen rubbing a food-substance on her vagina while a dog licks it off her.

   b. Title: !!!!!PTHC 2013 (8yo girl) little devil 1 (GOOD)_xvid.avi

   Description: This 1 minute and 32 second long video displays an approximately 8 year old nude female, squatting over the ground. A nude adult male with his

penis exposed approaches the female. The female then sits on the male's lap and proceeds to manually manipulate the male's penis.

c. Title: pedomom.Little.Boy.Fucks.4Yo.Girl.Licks.Moms.Pussy_R@Ygold.Pthc. Pedo.Hussyfan.Babyshivid.Zadoom.Child.avi

Description: This 2 minute and 30 second long video displays at 10-12 year old clothed female who rolls over on a bed, when a similar-aged, and naked, male begins wrestling with the female. The male pulls off the females clothing and inserts his penis into her anus.

17. Based upon the foregoing facts, and my training and experience, I submit that there is probable cause to believe that Robert Daniel SOLOVE did commit the offenses of production, distribution and possession of child pornography in Palm Beach County, Florida, a location within the jurisdiction of the United States District Court for the Southern District of Florida, in violation of Title 18, United States Code, Section 2251 (production of child pornography), Title 18, United States Code, Section 2252(a)(2) (distribution of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2) (possession of child pornography).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

BRIAN J. STAFFORD
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me this ____ day of February 2020.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: __ROBERT DANIEL SOLOVE__

Case No: __20-MJ-8082-DLB__

Count #: 1

Production of Child Pornography

Title 18, United States Code, Section 2251(a)

*Max. Penalty: 30 Years' Imprisonment (15 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Count #: 2

Distribution of Child Pornography

Title 18, United States Code, Section 2252(a)(2) & (b)(1)

*Max. Penalty: 20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Count #: 3

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2)

*Max. Penalty: 20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-MJ-8082-DLB

### BOND RECOMMENDATION

DEFENDANT: Robert Daniel Solove

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: Gregory Schiller
AUSA:

Last Known Address: 9340 Ketay Circle
Boca Raton, FL

What Facility: _____

Agent(s): HSI Brian Stafford
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   20-MJ-8082-DLB

UNITED STATES OF AMERICA

V.

ROBERT DANIEL SOLOVE,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

                Respectfully Submitted,

                ARIANA FAJARDO ORSHAN
                UNITED STATES ATTORNEY

By:   */s/ Gregory Schiller*
       GREGORY SCHILLER
       Assistant United States Attorney
       Florida Bar No. 0648477
       U.S. ATTORNEY'S OFFICE - SDFL
       500 S. Australian Ave.,
       West Palm Beach, FL 33401
       (561) 209-1045
       Gregory.Schiller@usdoj.gov