UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>20-CR-80025-DMM(s)</u>
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 2252(a)(2) & (b)(1)
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)
18 U.S.C.  § 2252A(g)
18 U.S.C.  § 2422(b)
18 U.S.C.  § 1470

**UNITED STATES OF AMERICA**

vs.

**ROBERT DANIEL SOLOVE,**
   **Defendant.**
_____ /

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1
### 18 U.S.C. §§ 2251(a) and (e)
### (Production of Child Pornography – MV1)

From on or about January 1, 2020, through on or about January 29, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT DANIEL SOLOVE,**

did employ, use, persuade, induce, entice, and coerce MV1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
## 18 U.S.C. §§ 2251(a) and (e)
## (Production of Child Pornography – MV2)

On or about January 21, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT DANIEL SOLOVE,**

did employ, use, persuade, induce, entice, and coerce MV2, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNTS 3-4
## 18 U.S.C. §§ 2252(a)(2) & (b)(1)
## (Distribution of Child Pornography)

On or about the dates and approximate times enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT DANIEL SOLOVE,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256(2), and such visual depiction was of such conduct:

| Count | Date and Approximate Time | File Type | Destination |
|---|---|---|---|
| 3 | January 30, 2020 at 9:56pm EST | One (1) video of MV1 | Detroit, MI |
| 4 | February 14, 2020 at 11:29am EST | Two (2) images of MV1 | Chattanooga, TN |

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 5
## 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)
## (Possession of Child Pornography)

On or about February 19, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT DANIEL SOLOVE,**

did knowingly possess matter, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## COUNT 6
## 18 U.S.C. §§ 2252A(g)
## (Child Exploitation Enterprise)

From on or about January 29, 2020, and continuing through on or about January 31, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT DANIEL SOLOVE,**

and other persons known and unknown, knowingly engaged in a child exploitation enterprise, in that the defendant committed violations of Chapter 110 of Title 18 of the United States Code, that is, Title 18, United States Code, Section 2252, as part of a series of felony violations constituting three or more separate incidents and involving more than one victim, and committed those offenses in concert with three or more other persons, in violation of Title 18, United States Code, Section 2252A(g).

## COUNTS 7-11
## 18 U.S.C. §§ 2252(a)(2) & (b)(1)
## (Distribution of Child Pornography)

On or about the dates and approximate times enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT DANIEL SOLOVE,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256(2), and such visual depiction was of such conduct:

| Count | Date and Approximate Time | File Type | Destination |
|---|---|---|---|
| 7 | January 29, 2020 at 10:38am | Two (2) videos of MV2 | Detroit, MI |
| 8 | January 29, 2020 at 1:30pm | One (1) image of unknown child 1 | Detroit, MI |
| 9 | January 29, 2020 at 10:38pm | One (1) video of unknown child 2 | Detroit, MI |
| 10 | February 14, 2020 at 11:30am | Two (2) videos & one (1) image of MV1 | Chattanooga, TN |
| 11 | February 15, 2020 at 11:43pm | One (1) video of unknown child 3 | Chattanooga, TN |

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNTS 12–13
## 18 U.S.C. §§ 2251(a) and (e)
### (Production of Child Pornography – MV1)

From on or about the dates enumerated, through on or about the dates enumerated, as to each count listed below, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT DANIEL SOLOVE,**

did employ, use, persuade, induce, entice, and coerce MV1, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce:

| Count | Date Range | File Description, Title or Type |
|---|---|---|
| 12 | January 1, 2020 – January 29, 2020 | One (1) image of MV1 |
| 13 | July 16, 2018 – December 31, 2019 | Three (3) images of MV1 |

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 14
## 18 U.S.C. § 2422(b)
### (Enticement of Minor to Engage in Sexual Activity)

From in or around May 2019, through on or about February 18, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT DANIEL SOLOVE,**

using a facility and means of interstate commerce, that is, the Internet, knowingly persuaded, induced, enticed, and coerced an individual, MV2, who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense under Florida state law, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 15
## 18 U.S.C. § 1470
### (Transferring Obscene Material to Minors)

Between on or about January 12, 2020, and on or about February 8, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### ROBERT DANIEL SOLOVE,

did, by means of interstate commerce, knowingly transfer obscene matter to an individual, MV2, who had not attained the age of 16 years, knowing that MV2 had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNTS 16–17
## 18 U.S.C. §§ 2251(a) and (e)
### (Production of Child Pornography – MV2)

On or about the dates enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### ROBERT DANIEL SOLOVE,

did employ, use, persuade, induce, entice, and coerce MV2, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce:

| Count | Date |
|---|---|
| 16 | January 12, 2020 |
| 17 | February 8, 2020 |

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE

1. The allegations of this Superseding Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ROBERT DANIEL SOLOVE,** has an interest.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense in violation of Title 18, United States Code, Section 2252, as alleged in this Superseding Information, defendant **ROBERT DANIEL SOLOVE,** shall forfeit to the United States:

   (a) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

   (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from the offense(s); and

   (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) or any property traceable to such property;

3. The property which is subject to forfeiture includes, but is not limited to:

   (a) one (1) Samsung Galaxy J7 Star Cellular Phone; and

   (b) one (1) Samsung Galaxy S9 Cellular Phone.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

_Anthony W. Lacosta for_
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_Gregory Schiller_
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ROBERT DANIEL SOLOVE

Defendant.

CASE NO. 20-CR-80025-DMM

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes ___ | No ✓ |
| Number of new defendants | 0 | |
| Total number of counts | 17 | |

**Court Division**: (Select One)
- ___ Miami
- ___ Key West
- ✓ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)
   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | |

6. Has this case previously been filed in this District Court?   (Yes or No)   Yes
   If yes: Judge Middlebrooks   Case No. 20-CR-80025-DMM
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   20-MJ-8082-DLB
   Related miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   2/19/2020
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

*Gregory Schiller*
ASSISTANT UNITED STATES ATTORNEY
GREGORY SCHILLER
FL Bar No. 06648477

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ROBERT DANIEL SOLOVE**

Case No: 20-CR-80025-DMM (s)

Counts #: 1, 2, 12, 13, 16, 17

Production of Child Pornography

Title 18, United States Code, Section 2251(a)

*Max. Penalty: 30 Years' Imprisonment (15 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Counts #: 3, 4, 7 – 11

Distribution of Child Pornography

Title 18, United States Code, Section 2252(a)(2) & (b)(1)

*Max. Penalty: 20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Count #: 6

Child Exploitation Enterprise

Title 18, United States Code, Section 2252A(g)

*Max. Penalty: Life Imprisonment (20 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Count #: 5

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2)

**\*Max. Penalty:**   20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Count #: 14

Coercion and Enticement of Minors

Title 18, United States Code, Section 2422

**\*Max. Penalty:**   Life (10 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Count #: 15

Transfer Obscene Material to Minors

Title 18, United States Code, Section 1470

**\*Max. Penalty:**   10 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

  **\*Refers only to possible term of incarceration, fines, special assessments, does not include possible forfeitures that may be applicable.**