|  | **DISTR.** | **DEFENDANT'S NAME** | **COURT NUMBER** | **SENTENCE DATE (Yr-Mo-Day)** | **PRISON TIME (MONTHS)** |
|---|---|---|---|---|---|
| 1 | VAE | Martinez, Scottie Lee | 10-CR-00122 | 110220 | 960 |
| 2 | OHS | Keith, Andrew F. | 11-CR-00005-1 | 120511 | 960 |
| 3 | MT | Threadgill, Kenneth | CR 07-89-GF-SEH | 080116 | 1020 |
| 4 | CT | Sensi, Edgardo M. | 08-CR-00253 | 120209 | 1020 |
| 5 | TXE | Stewart, James Rustin | 09-CR-00159-1 | 100823 | 1080 |
| 6 | OHN | Lennard, Shawn M. | 09-CR-00444 | 101005 | 1080 |
| 7 | FLM | Branndt, Wesley | 11-CR-00058-T | 111109 | 1080 |
| 8 | INS | Bostic, David Ryan | 11-CR-00033 JMS-KPF1 | 120105 | 1080 |
| 9 | GAS | Rivera, Angel Luis | 11-CR-00007 | 130118 | 1080 |
| 10 | MIW | Herrick, Scott Allen | 10-CR-00207 | 120117 | 1140 |
| 11 | FLM | Sarras, Donatos | 6:07-CR-92-ORL | 080410 | 1200 |
| 12 | MOE | Greenwell, Jeffrey | 09-CR-00757 CAS | 111018 | 1200 |
| 13 | FLM | Dickerson, Ivory | 07-CR-00150-ORL | 090407 | 1320 |
| 14 | MT | Fox, Ralph | CR 07-47-M-DWM | 081017 | 1320 |
| 15 | ILN | Boroczk, Darrick C. | 09-CR-00647 | 120110 | 1340 |
| 16 | INS | Hodge, Larry Everett | 11-CR-00007-RLY-WGH-3 | 120531 | 1380 |
| 17 | MIW | Hinojosa., Michael James | 1:06-CR-93 | 080319 | 1440 |
| 18 | NYS | Davis, William | 07 CR 0468 | 090824 | 1440 |
| 19 | MOE | Martin, Michael Paul | 09-CR-00760 JCH | 100729 | 1440 |
| 20 | NCM | Hallman, David Matthew | 12-CR-00010 | 130108 | 1440 |
| 21 | VAW | Cobler, James Robert | 12-CR-00026 | 130215 | 1440 |
| 22 | FLS | Castillo, Edgar Geovani Esquivel | 10-CR-20120-DMM | 100928 | 1560 |
| 23 | FLS | Castillo, Edgar Esquivel | 10-CR-20120-DMM | 100928 | 1560 |
| 24 | NCE | Davis, John Thomas | 09-CR-00018-BO | 090505 | 1680 |
| 25 | FLM | Cowan, Robert Allan | 09-CR-00387-J | 111208 | 1680 |
| 26 | LAM | Miller, Paul W. | 10-CR-00102-JJB-DLD | 120520 | 1680 |
| 27 | FLN | Olmeda, Keith | 09-CR-00030-01-SPM | 100209 | 1800 |
| 28 | NYN | Hamilton, Wayne | 11-CR-00555 | 121113 | 1800 |
| 29 | NH | Wright, John Allen | 11-CR-00146-SM | 130225 | 1920 |
| 30 | MOE | Devlin, Michael | 4:07CR143 JCH | 071226 | 2010 |
| 31 | INS | Metzger, David | 09-CR-00188-LJM/KPF1 | 100525 | 2820 |
| 32 | INS | Bostic, David Ryan | 1:11-CR-027-JMS-KPF | 120113 | 3060 |
| 33 | MOE | Beasley, Leland | 10-CR-00119 CEJ | 110712 | 3480 |
| 34 | ALN | Hayes, Gordon Elton | 4:07-CR-00062-IPJ-TMP | 070824 | 3720 |
| 35 | ALN | Vasiloff, Gary Steven | 4:07-CR-00337-VEH-PWG | 080204 | 3900 |
| 36 | INS | McGrath, Andrew | 1:09-CR-0169-L/F | 100517 | 4440 |

| 37 | ALN | McKim, Christine Staggs | 08-CR-00313-IPJ-RRA-2 | 091007 | 5400 |
|---|---|---|---|---|---|
| 38 | ALN | Hulsey, James Shawn | 08-CR-00313-IPJ-RRA-2 | 091007 | 5760 |
| 39 | ALN | Falgout III, Pierre Ernest | 6:07-CR-00157-RDP-RRA | 080620 | 11520 |
| 40 | FLM | Matthews, Samuel | 8:07-CR-247-T | 071030 | LIFE |
| 41 | ILC | Rosenbohm, Justin | 07-10117 | 080627 | LIFE |
| 42 | KYW | Moore, James T. | 3:06CR-98-S | 080304 | LIFE |
| 43 | MN | Paton, Lyle Robert | CR06-298PJS/SRN | 071022 | LIFE |
| 44 | MT | Gallenardo, William | CR 07-04-BU-DWM | 071026 | LIFE |
| 45 | TNE | Becker, David Aaron | 3:07-CR-22 | 071026 | LIFE |
| 46 | ARW | White, Arthur | 3:09CR30001 | 090624 | LIFE |
| 47 | CAE | Harrod, Allen | 03-CR-00384-S | 090427 | LIFE |
| 48 | CAE | LaBrecque, Michael | 03-CR-00384-S | 090427 | LIFE |
| 49 | CAS | Lutts, Michael William | 14-CR-2542 | 120715 | 960 |
| 50 | FLN | Freeman, James Andrew | 08-CR-00022-03-LAC | 090505 | LIFE |
| 51 | FLN | Mumpower, Warren K. | 08-CR-00022-03-LAC | 090722 | LIFE |
| 52 | FLN | Lakey, Gary Wayne | 08-CR-00022-03-LAC | 090420 | LIFE |
| 53 | FLN | McGarity, Neville R. | 08-CR-00022-03-LAC | 090420 | LIFE |
| 54 | FLN | Lambert, Marvin Laverne | 08-CR-00022-03-LAC | 090420 | LIFE |
| 55 | FLN | Castleman, Daniel Scott | 08-CR-00022-03-LAC | 090420 | LIFE |
| 56 | ILS | Courtright, Carl | 07-CR-30179-DRH | 090724 | LIFE |
| 57 | ILS | Masulla, Louise | 08-CR-30234-GPM-DGW | 090731 | LIFE |
| 58 | ILS | Robinson, Tabitha D. | 08-CR-30234-GPM-DGW | 090813 | LIFE |
| 59 | ILS | Milligan, William | 08-CR-30234-GPM-DGW | 090731 | LIFE |
| 60 | LAW | Daranda, Ben | 07-CR-10022-01 | 081125 | LIFE |
| 61 | NV | Latham, Robert Myron | 06-CR-00379-LDG(GWF) | 090304 | LIFE |
| 62 | NYN | Sacco, Dean | 08-CR-00077 | 090303 | LIFE |
| 63 | PAE | Marz, Robert Paul | 07-CR-00199 | 090914 | LIFE |
| 64 | TXW | Carmony, Charles Wayne | SA08CR036 | 090224 | LIFE |
| 65 | ALM | Smith, Ricky Randall Rex | 07-CR-00183-WKW | 100402 | LIFE |
| 66 | ALN | Simons, John Lawson | 08-CR-00408-CLS-TMP-5 | 100818 | LIFE |
| 67 | INS | Rarey, Rickie | 1:09-CR-130-M/F | 100224 | LIFE |
| 68 | MIE | Frazee, James | 10-CR-20082 | 100909 | LIFE |
| 69 | ALS | McGee, Bernard | 10-CR-00162-CG | 110303 | LIFE |
| 70 | ARW | Wilson, James H. | 2:09CR20063 | 101021 | LIFE |
| 71 | FLS | Rios, Jesus | 09-CR-60054-JIC | 101227 | LIFE |
| 72 | MD | Davison, Jesse Aaron | 10-CR-00632 | 110830 | LIFE |
| 73 | MIE | Demink, Steven | 10-CR-20676 | 110926 | LIFE |
| 74 | DE | Pavulak, Paul E. | 09-CR-00043-SLR | 111014 | LIFE |
| 75 | FLS | Mozie, James | 11-CR-60121-WPD | 120625 | LIFE |

| 76 | NYN | Rood, Flay | 10-CR-00149 | 111007 | LIFE |
|---|---|---|---|---|---|
| 77 | MOE | Gravenmier, Jack E. | 12-CR-00464 JAR | 130429 | LIFE |
| 78 | MOW | Smith, Todd C. | 11-CR-05044-01 | 121221 | LIFE |
| 79 | VAE | Sebolt, Philip Michael | 12-CR-00033-3 | 130128 | LIFE |
| 80 | FLM | Speer, Steven | 8:13-CR-561 | 100314 | 1080 |
| 81 | FLM | Cuadrado, Benjamin | 8:14-CR-176 | 040615 | 960 |
| 82 | INN | Eckstrom, Daniel | 2:13-84 | | 5040 |
| 83 | INN | Bour, Christopher | 2:13-CR-36 | | LIFE |
| 84 | CAC | Reczko, Stanley Dan | 7-CR-1221 | 051815 | LIFE |
| 85 | EDCA | McCormack, Shawn | 11-CR-324 | 101315 | LIFE |
| 86 | OHN | Cavna, Christopher | 4:13-401 | 061314 | 1080 |
| 87 | FLM | Chansler, Lucas Michael | 3:10-CR-100 | 111014 | 1660 |
| 88 | NYN | Staples, Ryan | 8:13-CR-440 | 101414 | 1080 |
| 89 | IAN | Strong, Benton | 13-2014-CR | 021314 | 1320 |
| 90 | TNM | Green, Daniel | 3:10-98 | 063014 | 960 |
| 91 | NYN | Howells, Stephen | 5:14-CR-340 | 121715 | 6960 |
| 92 | NYN | Vaisey, Nicole | 5:14-CR-340 | 121715 | 3600 |
| 93 | OHS | Napier, James | 1:13-CR16 | 052014 | 2880 |
| 94 | FLM | Cloonan, Christopher Richard | 3:14-CR-69 | 030515 | LIFE |
| 95 | NYE | McGowan, Michael | | 140107 | 1080 |
| 96 | TXW | Callaway, Harold Bruce | 7:13-CR-187 | 131212 | 1440 |
| 97 | TXN | Rinehart, Timothy | 3:13-CR-91 | 150409 | 2160 |
| 98 | VAW | Cobler, James Robert | 5:12-CR-26 | 140411 | 1440 |
| 99 | VAW | Dowell, John Stuart | 5:11-CR-45 | 141113 | 960 |
| 100 | ID | Wilkinson, William Roger | 1:13-CR-168 | 160323 | 1560 |
| 101 | TNE | McCall, Ronnie Lee | 2:13-CR-92 | 16066 | LIFE |
| 102 | NYN | McCoy, Robert | 14-CR-291 | 160216 | 960 |
| 103 | TXW | Simmons, Gemase | SA-12-CR-108 | 130726 | 10,776 |
| 104 | TXW | Moreno, Luis | SA-11-CR-882 | 131213 | 1980 |
| 105 | TXW | Bailes, Carl Wade | SA-14-CR-211 | 151106 | 1440 |