UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-80025-DMM

UNITED STATES OF AMERICA,

v.

ROBERT DANIEL SOLOVE,

       Defendant.
_____/

## STIPULATION REGARDING RESTITUTION

The United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, Robert Daniel Solove, by and through his counsel, Assistant Federal Public Defender Scott Berry, hereby jointly recommend that this Honorable Court enter an order of restitution for the defendant, Robert Daniel Solove, to pay restitution to the victims in this case. The total restitution amount, $1,337,800, will be due by the defendant immediately to the victims, known as Minor Victim 1 and Minor Victim 2.

The defendant understands and agrees that the total amount of any monetary judgment that the court orders defendant to pay will be due and payable immediately. Additionally, the defendant understands and agrees that the government may enforce collection of any fine or restitution imposed in this case pursuant to Title 18, United States Code, Sections 3572, 3613 and 3664(m), notwithstanding any initial or subsequently modified payment schedule set by the court. Defendant understands that any monetary debt the defendant owes related to this matter may be included in the Treasury Offset Program (TOP) to potentially offset defendant's federal retirement benefits, tax refunds, and other federal benefits.

Pursuant to Title 18, United States Code, Section 3612(b)(F) defendant understands and agrees that until a fine or restitution order is paid in full, defendant must notify the United States Attorney's Office of any change in the mailing address or residence address within 30 days of the

change. Further, pursuant to Title 18, United States Code, Section 3664(k), defendant shall notify the court and the U.S. Attorney's Office immediately of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution, including, but not limited to, new or changed employment, increases in income, inheritances, monetary gifts or any other acquisition of assets or money.

There is no dispute that the amount of restitution recited herein reflects the victims' losses caused by the defendant, Robert Daniel Solove. The defendant, Robert Daniel Solove, agrees to pay restitution, and the parties request that the Court order restitution, in the following amount to the following victims in the following manner, at the request and consent of: Minor Victim 1's legal guardian and Guardian Ad Litem; and Minor victim 2, her mother and Guardian Ad Litem as follows:

$1,287,800 to the victim known as "Minor Victim 1"

$50,000 to the victim known as "Minor Victim 2"

The address of the location for which restitution shall be paid will be provided to the probation department.

JUAN ANTONIO GONALEZ
ACTING UNITED STATES ATTORNEY

Date: 5/20/21   By: _____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

Date: 5/20/21   By: _____
SCOTT BERRY
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 5/20/21   By: _____
ROBERT DANIEL SOLOVE
DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-80025-DMM

UNITED STATES OF AMERICA,

v.

ROBERT DANIEL SOLOVE,

    Defendant.
_____/

## ORDER ON RESTITUTION

THIS CAUSE is before the Court on the Stipulation Regarding Restitution signed by Assistant United States Attorney Gregory Schiller, and the defendant, Robert Daniel Solove, by and through his counsel, Assistant Federal Public Defender Scott Berry. The Court has reviewed said stipulation and the reasons advanced therein and is fully advised as to the facts and circumstances of this case. It is therefore

ORDERED AND ADJUDGED that the stipulated restitution amount of $1,337,800, made payable as follows:

    $1,287,800 to the victim known as "Minor Victim 1"

    $50,000 to the victim known as "Minor Victim 2"

is hereby GRANTED and the Judgment will reflect the same.

DONE AND ORDERED at West Palm Beach, Florida, this 29 day of May 2021.

                                    Donald M. Middlebrooks
                                    United States District Judge

cc:    Gregory Schiller, AUSA
        Scott Berry, AFPD
        U.S. Probation
        U.S. Marshals